TO:        Ms. Gloria Jackson, Personnel Director
           Division of Human Resources

FROM:      Angela Fields, MCC/LSW
           Hinds County F & C Services

DATE:      8-13-15

RE:        Required Written Letter to Personnel
              (Medical Issues)

Attached, are two more letters from my healthcare providers. I provided two letters previously to your department and believed this to be sufficient. I even called your office at least once a week since June 19, 2015 to see if additional information was needed from me. I was told no and then get a letter in the mail 6 weeks or more later asking for more medical information. I even stated that I would sign a release form for your office to get the medical information out of my doctor's files directly. I definitely have nothing to hide whatsoever.

I have been with this agency for over 29 years with my leave. All of it has been with Family & Children's Services. I have been working with clients and going into homes for many years. I have been rewarded the joy of seeing families reunited but also seen children taken out of situations that have hurt them physically, sexually and emotionally. I know these children are safe due to my caring and the many services given to them. I would and will miss the face to face contact with these people that I have worked with for many years. I must say that I am also proud of the fact that I have never had a complaint from one of these families in my 29 or more years with Family & Children's Services. This speaks well of my service to them and treating them with the kind heart that I have to do this type of job for over 29 years.

It comes down to the fact of life—we all get older and our bones, joints, etc. may not work as well as they did in our 20's or 30's, etc. My mother (bless her soul), had arthritis in her legs, knees, etc. She served the veterans at the VA Hospital (Jackson) as a nurse for many years and then retired. She suffered with arthritis, etc. and it is known to be passed to one generation to the next. Well, I have it and have had lots of knee surgeries on my right knee and a total knee replacement. I cannot even kneel down in my church service each Sunday. My knee does not bend backwards. I had to have a total left hip replacement back in 2011 due to being diagnosed with Avascular Necrosis. This is a condition also called cellular death of bone

Exhibit 2

components due to interruption of the blood supply. Without blood, the bone tissue dies and the bone collapses. It leads to destruction of the joint and this particular joint must be replaced.

These surgeries have not been easy and especially as I continue to get in and out of the car each day and try to climb stairs, etc. I continue to see my healthcare providers each year as these conditions (arthritis) continue to worsen. Do you think I would be begging to stay on and work if I could retire and enjoy life and not have to get my doctors to write letters after letters for me? This process has gone on for the entire summer of 2015. It really seems to me that some are wanting me to go ahead and retire. Some don't have that luxury and are able to afford it. As a single, divorced parent, I know that I can't afford that luxury. I struggle every paycheck.

I can only ask to be taken off the "streets" and not go into the homes each day or go up and down stairs. I simply cannot do this because of the physical limitations that I have at this time. I love the people but I simply cannot do it. I feel like with my experience at DHS'-F & C S, I have a lot to offer. It can be done from an office setting. I can't sit here and say what job, but that I can work from a desk and do a great job at what I can offer. I can perform essential functions of jobs that are office jobs. I would ask not to be demoted due to it affecting my retirement and that I cannot afford the cut in pay. I did notice that on the job description, the pay scale went to $57,000. This was very interesting to me as I have been told I was at the top of my pay scale.

Thank you for any considerations given: